UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHINJI UJIIE,

                Plaintiff,

- against -

NEW LIFE SUSHI, INC., ET AL.,

                Defendants.

19-cv-10996 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties should submit their proposed settlement and explanation of fairness together with any requested attorney's fees and support for such an award by **May 28, 2021**.

SO ORDERED.

Dated: New York, New York
       May 17, 2021

                                       John G. Koeltl
                                       United States District Judge

1